UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHAN BRANCH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOWNSELL, et al.,<br><br>　　　　　　Defendants. | No. 2:14-cv-2493 JAM CKD P<br><br><br><br>ORDER |

　　　　Plaintiff, a county jail inmate proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: January 5, 2015

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2/md; bran2493.59

1